The Honorable Benjamin H. Settle

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

8
9

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:17-mc-5006-BHS |
| Plaintiff, | (07-CV-05603) |
| vs. | **Order Terminating** |
| GARY LEWIS, | **Garnishment Proceeding** |
| Defendant/Judgment Debtor, | |
| and | |
| JPMORGAN CHASE, N.A., | |
| Garnishee. | |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

IT IS ORDERED that the garnishment is terminated and that JPMorgan Chase, N.A. is relieved of further responsibility pursuant to this garnishment.

//

[PROPOSED] ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Gary Lewis and JPMorgan Chase, N.A.*, USDC#: 3:17-MC-05006-BHS/07-CV-05603) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

1    DATED this ___16___ day of ___September___, 2017.

2

3    _____
     JUDGE BENJAMIN H. SETTLE
4    UNITED STATES DISTRICT COURT JUDGE

5

6    Presented by:

7    s/ Kyle A. Forsyth
     _____
     KYLE A. FORSYTH, WSBA # 34609
8    Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER TERMINATING GARNISHMENT PROCEEDING**
*(USA v. Gary Lewis and JPMorgan Chase, N.A.,* **USDC#: 3:17-MC-05006-BHS/07-CV-05603) - 2**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970